DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT JEFFERY GAMBLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2426

_____

October 31, 2025

Appeal from the Circuit Court for Manatee County; Frederick P.
Mercurio, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen,
Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior publication.